## TUCKER v. INDIANA.

No. 360, Misc.  Decided April 15, 1963.

Petitioner *pro se.*

*Edwin K. Steers,* Attorney General of Indiana, and *Donald L. Adams,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Lane* v. *Brown,* 372 U. S. 477.